# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00316-CR

**Ismael Rodriguez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 39316, THE HONORABLE GUILFORD L. JONES, III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ismael Rodriguez has filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed: February 22, 2013

Do Not Publish